IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA A. LANDY, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | NO.: 2:10-cv-00317 |
| | ) | |
| vs. | ) | The Honorable Gary L. Lancaster |
| | ) | |
| THE DENTISTRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this 11th day of May, 2010, IT IS HEREBY ORDERED that the Motion to Excuse Personal Appearance is GRANTED and John Weber is excused from attending the ENE in person.

BY THE COURT:

_____
The Honorable Gary L. Lancaster
Chief United States District Judge