IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA A. LANDY | ) |
| | ) Civil Action No. 10-317 |
| Plaintiff, | ) |
| | ) Chief Judge Gary L. Lancaster |
| v. | ) |
| | ) |
| THE DENTISTRY | ) |
| | ) |
| Defendant. | ) Electronically Filed |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

Date: 7/26/10

_____
Gary L. Lancaster, Chief Judge